RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12/27/07
BY DM

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| THOMAS RIDLEY, ET UX CYNTHIA RIDLEY | * CIVIL ACTION NO. 06-1064 |
| versus | * JUDGE HICKS |
| POLICE JURY OF WEBSTER PARISH, ET AL | * MAGISTRATE JUDGE HAYES |
| | * TRIAL BY JURY |

## O R D E R

Considering the plaintiff's Motion To Adopt his memorandum in opposition to Document 37 and to also have it considered as a response in opposition to Document 39,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE

12/27/07